People v Torres (2023 NY Slip Op 00065)

People v Torres

2023 NY Slip Op 00065

Decided on January 10, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 10, 2023

Before: Acosta, P.J., Webber, Moulton, Shulman, Higgitt, JJ. 

Ind. No. 366/05, 2041/05 Appeal No. 17047 Case No. 2018-2575 

[*1]The People of the State of New York, Respondent,
v
Pedro Torres, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (IvÁn Pantoja of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Elizabeth T. Schmidt of counsel), for respondent.

Order, Supreme Court, New York County (Thomas Farber, J.), entered on or about October 24, 2017, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of defendant's sexual abuse of two young children. Defendant did not establish that his response to sex offender treatment was exceptional (see People v Bonnemere, 201 AD3d 475, 475 [1st Dept 2022]), or that
his age (48 years at the hearing) was likely to reduce his risk of reoffense. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 10, 2023